IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCINE D'ERRICO : CIVIL ACTION
:
v. :
:
NANCY A. BERRYHILL, Acting :
Commissioner of Social Security : NO. 17-5095

**ORDER**

**AND NOW**, this 29th day of March, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 11), Defendant's Response thereto, Plaintiff's Reply, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Docket No. 17), Plaintiff's Objections thereto, and Defendant's Response to the Objections, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Plaintiff's Request for Review is **DENIED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant.

BY THE COURT:


/s/ John R. Padova
John R. Padova, J.